**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**EDWARD H. WADE, JR.**                                               **PLAINTIFF**

**v.**                      **Civil No. 06-3063**

**JUDGE MARIANNE McBETH;
DEVIN GOODMAN, Deputy
Prosecuting Attorney; and
JASON HUNT, Carroll County
Investigator**                                                    **DEFENDANTS**

**O R D E R**

Now on this 13th day of December, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #5, filed November 13, 2006), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff's case is hereby **dismissed.**

**IT IS SO ORDERED.**

                                                           **/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**